UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                                       Plaintiffs,

  -against-                                                                   Docket No.: 1:22-cv-03661
                                                                              (KAM) (VMS)

ERROL C. MALLETT, M.D., ERROL C. MALLETT
MEDICAL, P.C., 334 GRAND CONCOURSE MEDICAL,
P.C. and JOHN DOE DEFENDANTS "1" through "10",

                                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF DEFAULT REGARDING
## ERROL C. MALLETT M.D.

       I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, Errol C. Mallett M.D., has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant, Errol C. Mallett M.D. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:      Brooklyn, New York
                August 8, 2022

                                                                    BRENNA B. MAHONEY
                                                                    Clerk of the Court

                                                                    By: *Jalitza Poveda*
                                                                       Deputy Clerk