UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:22-cv-03661-KAM-VMS

Plaintiffs,

-against-

ERROL C. MALLETT, M.D. et al.,

Defendants.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants, Errol C. Mallett, M.D., Errol C. Mallett Medical, P.C., and 334 Grand Concourse Medical, P.C. (collectively, the "Defendants") that all claims by Plaintiffs against the Defendants are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: February 24, 2023

*[signature]*
2.24.2023

| | |
|---|---|
| RIVKIN RADLER LLP | SCHWARTZ, CONROY & HACK, P.C. |
| | Of Counsel to Law Offices of Mark Furman |
| By: _____ | By: _____ |
| Barry I. Levy, Esq. | Matthew Conroy, Esq. |
| 926 RXR Plaza | 666 Old Country Road, Ninth Floor |
| Uniondale, New York 11556 | Garden City, New York 11530 |
| *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | *Counsel for Defendants, Errol C. Mallett, M.D., Errol C. Mallett Medical, P.C., and 334 Grand Concourse Medical, P.C.* |

**S O   O R D E R E D:**

_____

Brooklyn, New York

_____, 2023